**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:12-cr-00310 |
| v. : | |
| : | (Judge Kane) |
| **AUGUST RANALLI and** : | |
| **DANIEL PACHECO-MORALES,** : | |
|     Defendants : | |

## ORDER

**AND NOW**, on this 10th day of February 2015, **IT IS HEREBY ORDERED THAT**:

1. Defendant Daniel Pacheco-Morales' motion in limine to suppress evidence obtained during an allegedly invalid search (Doc. No. 362) is **DENIED**;

2. The Court will **DEFER** ruling on Defendant Daniel Pacheco-Morales' motion in limine to exclude evidence of prior convictions (Doc. No. 358), and Defendant may renew his challenge to this proffered evidence at trial in accordance with the analysis in the foregoing memorandum; and,

3. Defendant Daniel Pacheco-Morales and Defendant August Ranalli's joint motion in limine to exclude evidence of gang affiliation (Doc. No. 360) is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania